UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20949-CIV-LENARD/TURNOFF

**GLEN ROY ELLIS**, on behalf of himself and similarly situated employees of Defendants,

    Plaintiff,

v.

**ROYAL CARIBBEAN CRUISES LTD., CELEBRITY CRUISES INC., and CELEBRITY CATERING SERVICES PARTNERSHIP,**

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT (D.E. 23), GRANTING DEFENDANTS' MOTION TO DISMISS (D.E. 15), AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge William C. Turnoff ("Report," D.E. 23), issued on September 28, 2010. The Report recommends the Court grant Defendants' Motion to Dismiss the Complaint ("Motion," D.E. 15), filed on August 19, 2010. This recommendation is based upon the Parties' agreement to arbitrate their claims. The Report provided the Parties with fourteen (14) days to file any objections to the Report. To date, no objections have been filed. The failure to file timely objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Having reviewed the Report, Motion, related pleadings, and the record, it is

hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 23), issued on September 28, 2010, is **ADOPTED**;

2. Defendants' Motion to Dismiss the Complaint (D.E. 15), filed on August 19, 2010, is **GRANTED**;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of October, 2010.

                                           *[signature]*
                                           **JOAN A. LENARD**
                                           **UNITED STATES DISTRICT JUDGE**